UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Index No. 13 CV 3908

DANIEL RAVICHER

, Plaintiff(s)

- against -

BANK OF AMERICA CORPORATION JPMORGAN CHASE & CO., AND WELLS FARGO & COMPANY

, Defendant(s)

State of New York   )
                    ) SS.:
County of Nassau    )

AFFIDAVIT OF SERVICE

Lucille Galtieri being duly sworn, deposes and says that she is over the age of 18 years; is not a party to this action and resides within the State of New York.  That on 06/12/2013 at 2:47 PM at:
    JPMORGAN CHASE & CO.
    1 CHASE PLAZA
    NEW YORK NY 10005
Deponent served the:

SUMMONS IN A CIVIL ACTION AND COMPLAINT

on JPMORGAN CHASE & CO.

a domestic and/or foreign corporation
by delivering thereat a true copy to MARCHETA BOYD
personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be the LEGAL SPECIALIST and who stated that they were authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 57  HEIGHT: 5'5  WEIGHT: 165  HAIR: BLACK  RACE: BLACK  SEX: FEMALE
OTHER: GLASSES

SWORN TO BEFORE ME  6/20/13
    (date)

Lucille Galtieri      Lic. #1249825
ServerLinks.com       Lic. # 1104670
OUR DOC# 30791
The Law Offices of Daniel B. Ravicher, Esq.
1375 Broadway
Suite 600
New York NY 10018
646-470-2641

MARK C. EISENBERG
Notary Public, State Of New York
No. 01EI4958991
Qualified in Nassau County
Commission Expires November 20, 20__