UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Index No. 13 CV 3908

DANIEL RAVICHER

, Plaintiff(s)

- against -

BANK OF AMERICA CORPORATION JPMORGAN CHASE & CO., AND WELLS FARGO & COMPANY

, Defendant(s)

State of California   )
                      )  SS.:
County of San Francisco )

### AFFIDAVIT OF SERVICE

Dietrich Rapalski being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of California. That on 06/13/2013 at 12:53 PM at:

    WELLS FARGO & COMPANY
    420 MONTGOMERY STREET
    SAN FRANCISCO CA 94163

Deponent served the:

SUMMONS IN A CIVIL ACTION AND COMPLAINT

on WELLS FARGO & COMPANY

a domestic and/or foreign corporation
by delivering thereat a true copy to ROSE ETHERIDGE
personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be the MANAGING AGENT and who stated that they were authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 50  HEIGHT: 5'9''  WEIGHT: 250  HAIR: BLACK  RACE: BLACK  SEX: FEMALE
OTHER: GLASSES

SWORN TO BEFORE ME

JUN 17 2013
(date)

Dietrich Rapalski   Lic. #n/a
ServerLinks.com   Lic. # 1104670
OUR DOC# 30792
The Law Offices of Daniel B. Ravicher, Esq.
1375 Broadway
Suite 600
New York NY 10018
646-470-2641

JERRY TOPOLOS
NOTARY PUBLIC - CALIFORNIA
COMMISSION # 1985648
SAN FRANCISCO COUNTY
My Comm. Exp. August 17, 2016