UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Index No. 13 CV 3908

DANIEL RAVICHER

, Plaintiff(s)

- against -

BANK OF AMERICA CORPORATION JPMORGAN CHASE & CO., AND WELLS FARGO & COMPANY

, Defendant(s)

State of North Carolina )
) SS.:
County of Mecklenburg )

## AFFIDAVIT OF SERVICE

Wendy Henrich being duly sworn, deposes and says
that she is over the age of 18 years; is not a party to this action and resides within the State of North Carolina. That on 06/12/2013 at 2:30 PM at:
    BANK OF AMERICA CORPORATION
    100 NORTH TRYON STREET, SUITE 170
    CHARLOTTE NC 28255
Deponent served the:

SUMMONS IN A CIVIL ACTION AND COMPLAINT

on BANK OF AMERICA CORPORATION

a domestic and/or foreign corporation
by delivering thereat a true copy to NESTOR GUTIERREZ
personally, deponent knew said corporation so served to be the corporation,
described in same as said recipient and knew said individual to be the
BANKING OFFICER and who stated that they were
authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 33   HEIGHT: 5'7''   WEIGHT: 170   HAIR: BLACK   RACE: LT BROWN   SEX: MALE

SWORN TO BEFORE ME 07/03/13
(date)

Wendy Henrich   Lic. #n/a
ServerLinks.com   Lic. # 1104670
OUR DOC# 30790
The Law Offices of Daniel B. Ravicher, Esq.
1375 Broadway
Suite 600
New York NY 10018
646-470-2641

[Notary seal: RUTH REYNOLDS, NOTARY PUBLIC, MECKLENBURG COUNTY, N.C., My Comm. Exp. March 31, 2018]