ORIGINAL

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/10/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DANIEL RAVICHER,

                Plaintiff,

v.

BANK OF AMERICA CORPORATION,
JP MORGAN CHASE & CO., and WELLS
FARGO & COMPANY, all Delaware
corporations,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

13 cv 3908 (LLS)

ECF Case

STIPULATION AND
[PROPOSED] ORDER
EXTENDING TIME TO
RESPOND TO
COMPLAINT

     IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time for Defendants Bank of America Corporation, JPMorgan Chase & Co. and Wells Fargo & Company to move, answer or otherwise respond to the Complaint in the above proceeding shall be extended from July 3, 2013 to and including August 9, 2013. Plaintiff Daniel Ravicher's response, if any, shall be filed and served no later than September 20, 2013. Defendants' replies, if any, shall be filed and served no later than October 18, 2013. This is the parties' first request for an extension of these deadlines.

Dated: New York, New York
       July 3, 2013

LAW OFFICES OF DANIEL B. RAVICHER

By: _Daniel B. Ravicher_
    Daniel B. Ravicher
    dan@ravicher.com

2000 Ponce De Leon Boulevard, Suite 600
Coral Gables, Florida 33134
(786) 505-1205

*Attorney for Plaintiff Daniel Ravicher*

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By: _____
Scott D. Musoff
scott.musoff@skadden.com

4 Times Square
New York, New York 10036
(212) 73507852

*Attorneys for Defendant Bank of America
Corporation*

DEBEVOISE & PLIMPTON LLP

By: _____
Gary W. Kubek
gwkubek@debevoise.com

919 Third Avenue
New York, New York 10022
(212) 909-6000

*Attorneys for Defendant JPMorgan Chase & Co.*

FRIEDMAN KAPLAN SEILER
& ADELMAN LLP

By: _____
Andrew W. Goldwater
agoldwater@fklaw.com

7 Times Square, 28th Floor
New York, New York 10036
(212) 833-1106

*Attorneys for Defendant Wells Fargo & Company*

SO ORDERED:

_____
Honorable Louis L. Stanton
United States District Judge

2

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By: _____
    Scott D. Musoff
    scott.musoff@skadden.com

4 Times Square
New York, New York  10036
(212) 73507852

*Attorneys for Defendant Bank of America Corporation*

DEBEVOISE & PLIMPTON LLP

By: _____
    Gary W. Kubek
    gwkubek@debevoise.com

919 Third Avenue
New York, New York  10022
(212) 909-6000

*Attorneys for Defendant JPMorgan Chase & Co.*

FRIEDMAN KAPLAN SEILER
& ADELMAN LLP

By: _____
    Andrew W. Goldwater
    agoldwater@fklaw.com

7 Times Square, 28th Floor
New York, New York  10036
(212) 833-1106

*Attorneys for Defendant Wells Fargo & Company*

SO ORDERED:

_____
Louis L. Stanton
Honorable Louis L. Stanton
United States District Judge

July 9, 2013