UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
       :
DANIEL RAVICHER,                               :        **ECF CASE**

                      Plaintiff,             :        13 Civ. 3908 (LLS)

           v.                                :        **NOTICE OF APPEARANCE**

BANK OF AMERICA CORPORATION,
JPMORGAN CHASE & CO., and WELLS
FARGO & COMPANY, all Delaware
corporations,

                     Defendants.
------------------------------------------------------------------------x

        PLEASE TAKE NOTICE that Gary W. Kubek of Debevoise & Plimpton LLP hereby respectfully appears on behalf of defendant JPMorgan Chase & Co. and requests that notice of electronic filing of all papers be transmitted to him at the address given below.

Dated:   New York, New York
           August 9, 2013

                                                DEBEVOISE & PLIMPTON LLP

                                                By:    /s/ Gary W. Kubek
                                                          Gary W. Kubek

                                                919 Third Avenue
                                                New York, New York  10022
                                                (212) 909-6000
                                                gwkubek@debevoise.com

                                                *Counsel for Defendant*
                                                  *JPMorgan Chase & Co.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 9, 2013, the above Notice of Appearance on behalf of nominal defendant JPMorgan Chase & Co. was filed electronically with the Clerk of Court through the CM/ECF system, and was uploaded to the CM/ECF system which will send an e-notice of electronic filing to all counsel of record.

Dated:    New York, New York
             August 9, 2013

                                                By:    /s/ Gary W. Kubek
                                                            Gary W. Kubek