UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
                                                                                                              :

DANIEL RAVICHER,                              :        **ECF CASE**

                                                                            Plaintiff,     :        13 Civ. 3908 (LLS)

              v.                                                             :        **NOTICE OF APPEARANCE**

BANK OF AMERICA CORPORATION,
JPMORGAN CHASE & CO., and WELLS
FARGO & COMPANY, all Delaware
corporations,

                                                  Defendants.
------------------------------------------------------------------------x

        PLEASE TAKE NOTICE that Ashley E. Fisher of Debevoise & Plimpton LLP hereby respectfully appears on behalf of defendant JPMorgan Chase & Co. and requests that notice of electronic filing of all papers be transmitted to her at the address given below.

Dated:    New York, New York
            August 9, 2013

                                                  DEBEVOISE & PLIMPTON LLP

                                                  By:    /s/ Ashley E. Fisher
                                                           Ashley E. Fisher

                                                919 Third Avenue
                                                New York, New York  10022
                                                (212) 909-6000
                                                aefisher@debevoise.com

                                                *Counsel for Defendant*
                                                  *JPMorgan Chase & Co.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2013, the above Notice of Appearance on behalf of nominal defendant JPMorgan Chase & Co. was filed electronically with the Clerk of Court through the CM/ECF system, and was uploaded to the CM/ECF system which will send an e-notice of electronic filing to all counsel of record.

Dated:   New York, New York
         August 9, 2013

By:   /s/ Ashley E. Fisher
      Ashley E. Fisher