UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
                                             :

DANIEL RAVICHER,                            :    **ECF CASE**
                                             :

                         Plaintiff,     :    13 Civ. 3908 (LLS)
                                             :

      v.                               :    **RULE 7.1 DISCLOSURE**
                                           :    **STATEMENT**

BANK OF AMERICA CORPORATION,     :
JPMORGAN CHASE & CO., and WELLS     :
FARGO & COMPANY, all Delaware       :
corporations,                            :
                                           :
                    Defendants.   :
------------------------------------------------------------------------x

          Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges

and magistrate judges of the Court to evaluate possible disqualifications or recusal, the

undersigned counsel for Defendant JPMorgan Chase & Co. states that JPMorgan Chase & Co. is

a publicly-traded corporation.  No publicly-held corporation owns ten percent (10%) or more of

JPMorgan Chase & Co.'s stock.

Dated:  August 9, 2013
        New York, New York

                                          Respectfully submitted,

                                          DEBEVOISE & PLIMPTON LLP

                                        By:   /s/  Gary W. Kubek
                                              Gary W. Kubek

                                        919 Third Avenue
                                        New York, New York 10022
                                        Tel: (212) 909-6000
                                        Fax: (212) 909-6836
                                        gwkubek@debevoise.com

                                      *Counsel for Defendant JPMorgan*
                                          *Chase & Co.*