UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------x

| | |
|---|---|
| DANIEL RAVICHER, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| BANK OF AMERICA CORPORATION, | : |
| JPMORGAN CHASE & CO., and WELLS | : |
| FARGO & COMPANY, all Delaware | : |
| corporations, | : |
| | : |
| Defendants. | : |
| | : |

**ECF CASE**

13 Civ. 3908 (LLS)

**NOTICE OF MOTION
TO DISMISS THE
COMPLAINT**

Oral Argument Requested

----------------------------------------------------------------------x

        PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in

Support of Defendants' Motion to Dismiss the Complaint, the Declaration of Ashley E. Fisher,

together with the exhibits thereto, and all prior pleadings and proceedings in this action, the

undersigned counsel for defendants Bank of America Corporation, JPMorgan Chase & Co. and

Wells Fargo & Company, will move this Court, before the Honorable Louis L. Stanton, United

States District Judge, at a date and time convenient for the Court in Courtroom 21C of the United

States Courthouse located at 500 Pearl Street, New York, New York, for an order, pursuant to

Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure, dismissing Plaintiff's complaint,

and for such other and further relief as the Court may deem just and proper.

Dated:  August 9, 2013
　　　　　New York, New York

                                    Respectfully submitted,

                                    DEBEVOISE & PLIMPTON LLP

                                    By:  /s/ Gary W. Kubek_____
                                         Gary W. Kubek
                                         Ashley E. Fisher

                                    919 Third Avenue
                                    New York, New York  10022
                                    Tel.:  (212) 909-6000
                                    Fax:  (212) 909-6836
                                    gwkubek@debevoise.com
                                    aefisher@debevoise.com

                                    *Attorneys for Defendant JPMorgan
                                       Chase & Co.*


FRIEDMAN KAPLAN SEILER &            SKADDEN, ARPS, SLATE, MEAGHER &
  ADELMAN LLP                         FLOM LLP

By: /s/ Eric Seiler_____    By:/s/ Scott D. Musoff_____
    Eric Seiler                         Scott D. Musoff
    Andrew W. Goldwater                 Paul J. Lockwood
    Jason C. Rubinstein
    Lindsey R. Skibell                4 Times Square
                                      New York, New York 10036
7 Times Square                        Tel.:  (212) 735-3000
New York, New York  10036             Fax:  (212) 735-2000
Tel.:  (212) 833-1100                 scott.musoff@skadden.com
Fax:  (212) 909-6836                  paul.lockwood@skadden.com
eseiler@fklaw.com
agoldwater@fklaw.com                  *Attorneys for Defendant Bank of America
jrubinstein@fklaw.com                    Corporation*
rskibell@fklaw.com

*Attorneys for Defendant Wells Fargo
  & Company*

TO: Daniel B. Ravicher, Esq.
RAVICHER LAW FIRM
2000 Ponce De Leon Blvd., Suite 600
Coral Gables, FL 35134
Tel:  (786) 505-1205
Fax: (212) 591-6038
ravicher@gmail.com