UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
: 
DANIEL RAVICHER, :
:
                     Plaintiff, :    13 Civ. 3908 (LLS)
:
   v. :   **NOTICE OF APPEARANCE**
:
BANK OF AMERICA CORPORATION, :
JPMORGAN CHASE & CO., and WELLS :
FARGO & COMPANY, all Delaware :
corporations, :
:
                    Defendants. :
------------------------------------------------------------------------x

        PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for defendant Wells Fargo & Company, and requests that he hereafter be served with all papers.

Dated:   New York, New York
          August 12, 2013

                                FRIEDMAN KAPLAN SEILER &
                                   ADELMAN LLP


                                /s/ Eric Seiler
                            Eric Seiler (eseiler@fklaw.com)
                            7 Times Square
                            New York, NY 10036-6516
                            (212) 833-1103

                            *Attorneys for Defendant Wells Fargo & Company*