UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
                                                                        :
DANIEL RAVICHER,                                                        :
                                                                        :
                            Plaintiff,  :        13 Civ. 3908 (LLS)
                                                                        :
   v.                                                                  :
                                                                        :
BANK OF AMERICA CORPORATION,                                            :
JPMORGAN CHASE & CO., and WELLS                                         :
FARGO & COMPANY, all Delaware                                           :
corporations,                                                           :
                                                                        :
                       Defendants.                                   :
------------------------------------------------------------------------x

## RULE 7.1 STATEMENT

       Pursuant to Federal Rule of Civil Procedure 7.1, defendant Wells Fargo & Company certifies that it is a publicly held corporation, and no publicly held corporation owns 10% or more of its stock.

Dated:  New York, New York
          August 12, 2013

                            FRIEDMAN KAPLAN SEILER & ADELMAN LLP

                               /s/ Eric Seiler
                            Eric Seiler
                            Andrew W. Goldwater
                            Jason C. Rubinstein
                            Lindsey R. Skibell

                            7 Times Square
                            New York, NY 10036-6516
                            (212) 833-1103
                            eseiler@fklaw.com
                            agoldwater@fklaw.com
                            jrubinstein@fklaw.com
                            rskibell@fklaw.com

                            *Attorneys for Defendant Wells Fargo & Company*