UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
:
DANIEL RAVICHER,                                                        :
                                                                        :
                            Plaintiff,                                  :     13 Civ. 3908 (LLS)
                                                                        :
    v.                                                                  :     **NOTICE OF APPEARANCE**
                                                                        :
BANK OF AMERICA CORPORATION,                                            :
JPMORGAN CHASE & CO., and WELLS                                         :
FARGO & COMPANY, all Delaware                                           :
corporations,                                                           :
                                                                        :
                            Defendants.                                 :
------------------------------------------------------------------------x

       PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for defendant Wells Fargo & Company, and requests that he hereafter be served with all papers.

Dated:   New York, New York
         August 12, 2013

                        FRIEDMAN KAPLAN SEILER &
                           ADELMAN LLP


                              /s/ Andrew W. Goldwater
                        Andrew W. Goldwater (agoldwater@fklaw.com)
                        7 Times Square
                        New York, NY 10036-6516
                        (212) 833-1106

                        *Attorneys for Defendant Wells Fargo & Company*