UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
                                                                                           :

DANIEL RAVICHER,                                            :

                                Plaintiff,              :          13 Civ. 3908 (LLS)

      v.                                                      :  **NOTICE OF APPEARANCE**

BANK OF AMERICA CORPORATION,
JPMORGAN CHASE & CO., and WELLS
FARGO & COMPANY, all Delaware
corporations,

                                Defendants.
------------------------------------------------------------------------x

        PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for defendant Wells Fargo & Company, and requests that he hereafter be served with all papers.

Dated:    New York, New York
            August 12, 2013

                                        FRIEDMAN KAPLAN SEILER &
                                            ADELMAN LLP

                                           /s/ Jason C. Rubinstein
                                      Jason C. Rubinstein (jrubinstein@fklaw.com)
                                      7 Times Square
                                      New York, NY 10036-6516
                                      (212) 833-1131

                                      *Attorneys for Defendant Wells Fargo & Company*