UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
                                                                         :

DANIEL RAVICHER,                                 :

                                                                        :
                              Plaintiff,               :          13 Civ. 3908 (LLS)
                                                                          :
          v.                                                   : **NOTICE OF APPEARANCE**
                                                                         :

BANK OF AMERICA CORPORATION,         :
JPMORGAN CHASE & CO., and WELLS       :
FARGO & COMPANY, all Delaware           :
corporations,                                          :
                                                                        :
                                  Defendants.    :
------------------------------------------------------------------------x

       PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for defendant Wells Fargo & Company, and requests that he hereafter be served with all papers.

Dated:   New York, New York
           August 12, 2013

                             FRIEDMAN KAPLAN SEILER &
                               ADELMAN LLP

                                /s/ Lindsey R. Skibell
                             Lindsey R. Skibell (rskibell@fklaw.com)
                             7 Times Square
                             New York, NY 10036-6516
                             (212) 833-1133

                             *Attorneys for Defendant Wells Fargo & Company*