UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
:
DANIEL RAVICHER,                                                :   13 Civ. 3908 (LLS)
:
                          Plaintiff,                            :
:
     v.                                                         :   **RULE 7.1 CORPORATE**
:   **DISCLOSURE STATEMENT**
BANK OF AMERICA CORPORATION,                                    :   **OF DEFENDANT BANK OF**
JPMORGAN CHASE & CO., and WELLS                                 :   <u>**AMERICA CORPORATION**</u>
FARGO & COMPANY, all Delaware                                   :
corporations,                                                   :
:
                          Defendants.                           :
---------------------------------------------------------------x

       Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant Bank of America Corporation, a private non-governmental party, hereby certifies that Bank of America Corporation is a publicly held company, does not have any parent corporations and no publicly held company has an ownership interest of 10% or more in Bank of America Corporation.

Dated: New York, New York
       August 12, 2013

                                        <u>/s/ Scott D. Musoff</u>
                                        Scott D. Musoff (scott.musoff@skadden.com)
                                        SKADDEN, ARPS, SLATE, MEAGHER &
                                            FLOM LLP
                                        Four Times Square
                                        New York, New York 10036
                                        (212) 735-3000

                                        *Attorneys for Defendant Bank of America*
                                        *Corporation*