USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/23/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DANIEL RAVICHER,
                       Plaintiff,

13 CIVIL 3908 (LLS)

-against-

**JUDGMENT**

BANK OF AMERICA CORPORATION,
JPMORGAN CHASE & CO., and WELLS
FARGO & COMPANY, all Delaware corporations,
                       Defendants.
-----------------------------------------------------------X

      Defendants having moved to dismiss Plaintiff's complaint pursuant to Fed. R. Civ. P. 12(b)(6) and 9(b), and the matter having come before the Honorable Louis L. Stanton, United States District Judge, and the Court, on January 17, 2014, having rendered its Memo Endorsed Order granting the motion to dismiss, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo Endorsed Order dated January 17, 2014, the motion to dismiss is granted.

**Dated:** New York, New York
           January 23, 2014

                                         **RUBY J. KRAJICK**
                                          Clerk of Court
                         **BY:**
                                          **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____